OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Richard W. Wieking
Clerk

450 Golden Gate Avenue
San Francisco, CA 94102
415.522.2000

April 7, 2008

Robert J. Jones
2063 Main Street, Suite 222
Oakley, Ca 94561-3302

Re:   Robert Jones -v- Napa Police Department
       C 07-3054 MJJ

Dear Counsel,

   An Order has been filed in the subject case that the complaint and summons be served upon the defendant(s).

   To insure that proper service is made, the address(es) of the following defendant(s) must be submitted to this office. Please print the address of each listed defendant in the space provided below and return this information in the self-addressed postage paid envelope provided as soon as possible in order to expedite this matter.

Sincerely,

RICHARD W. WIEKING, Clerk

by:   Sheila L. Rash
      Case Systems Administrator


**Defendant**                    **Mailing Address**

Michelle Jones                   _____

                                 _____

Thomas Toler
(dba Toler Bail Bonds)

Jose Rossie