AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Northern District of Calfornia

| | |
|---|---|
| ROBERT J. JONES ) | |
| Plaintiff ) | |
| v. ) | Civil Action No.  CV 07-03054 JSW |
| NAPA POLICE DEPT. ) | |
| Defendant ) | |

### Summons in a Civil Action

To: *(Defendant's name and address)*
Michelle Jones 3623 Beckworth, Napa, CA 94558

See Attached

A lawsuit has been filed against you.

    Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Robert J. Jones 2063 Main Street  Suite 222, Oakley, CA 94561-3302

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*Richard W. Wieking*
Name of clerk of court

HILARY JACKSON
Deputy clerk's signature

Date: May 20, 2008

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

✎ AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____,
by:

    (1) personally delivering a copy of each to the individual at this place, _____
    _____; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
       who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
    _____; or

    (4) returning the summons unexecuted to the court clerk on _____; or

    (5) other *(specify)* _____
    _____
    _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ \_\_\_\_\_0.00\_\_\_\_\_.

Date: _____

                                              _____
                                                          Server's signature

                                              _____
                                                      Printed name and title

                                              _____
                                                           Server's address

Thomas Toler
4206 Virginia Pine Ct.
Fairfield, CA 94534


Jose Rossie District Attorney's Office
931 Parkinay Mall
Napa, CA 94559

Napa Police Department
955 School Street
Napa, CA 94559

City of Napa
955 School Street
Napa, CA 94559

County of Napa
1195 3rd Street
Napa, CA 94559