OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Richard W. Wieking
Clerk

450 Golden Gate Avenue
San Francisco, CA 94102
415.522.2000

April 7, 2008

Robert J. Jones
2063 Main Street, Suite 222
Oakley, Ca 94561-3302

**FILED**
MAY 14 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Re:   Robert Jones -v- Napa Police Department
      C 07-3054 MJJ  JSW

Dear Counsel,

An Order has been filed in the subject case that the complaint and summons be served upon the defendant(s).

To insure that proper service is made, the address(es) of the following defendant(s) must be submitted to this office. Please print the address of each listed defendant in the space provided below and return this information in the self-addressed postage paid envelope provided as soon as possible in order to expedite this matter.

Sincerely,

RICHARD W. WIEKING, Clerk

by:   Sheila L. Rash
      Case Systems Administrator

**Defendant**

Michelle Jones

**Mailing Address**

3623 BECKWORTH

NAPA CA. 94559

Thomas Toler
(dba Toler Bail Bonds)

1206 Virginia Pine Ct.
Fairfield Ca. 94534

Jose Rossie

District Attorneys Office
931 Parkway Mall
Napa, Ca. 94559