# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# CIVIL MINUTE ORDER

**JUDGE:  JEFFREY S. WHITE**          **COURTROOM DEPUTY**: Jennifer Ottolini

**DATE**: May 23, 2008                **Court Reporter**: Lydia Zinn

**CASE NO. C-07-3054  JSW**

**TITLE:**  Robert J. Jones v. Napa Police Dept.

**COUNSEL FOR PLAINTIFF:**            **COUNSEL FOR DEFENDANT:**

No appearance

**PROCEEDINGS:**   Initial Case Management Conference

**RESULTS:**   No appearance by or for Plaintiff.  Defendant's have not been served. Order to Show Cause to issue for failure to prosecute.

**cc:**