IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROBERT J. JONES,

    Plaintiff,　　　　　　　　　　　　　　　No. C 07-03054 JSW

    v.

NAPA POLICE DEPARTMENT, et al.,　　　**ORDER TO SHOW CAUSE**

    Defendants.
_____/

    This matter came before the Court for a case management conference on Friday, May 23, 2008. On April 8, 2008, this Court issued an Order setting the date for the case management conference and required that the parties and/or their lead counsel appear. That Order also required submission of a case management statement seven days before the case management conference. Plaintiff, appearing *pro se*, failed to appear for that case management conference and failed to submit a case management statement..

    Accordingly, Plaintiff is HEREBY ORDERED TO SHOW CAUSE in writing no later than June 9, 2008, 2008, as to why this case should not be dismissed for failure to prosecute. Failure to respond to this Order by **June 9, 2008** shall result in dismissal of this matter without prejudice.

    **IT IS SO ORDERED.**

Dated: May 27, 2008

                                            JEFFREY S. WHITE
                                            UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT J. JONES,<br><br>        Plaintiff,<br><br>  v.<br><br>NAPA POLICE DEPT. et al,<br><br>        Defendant.<br>_____ / | Case Number: CV07-03054 JSW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 27, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Robert J. Jones
2063 Main St.
Suite 222
Oakley, CA 94561-3302

Dated: May 27, 2008

*Jennifer Ottolini*
Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk

**United States District Court**
For the Northern District of California