Re: C07-03054 JSW
JONES V. Napa Police Department et al.
June 25, 2008

Today I received an order to show cause notice requiring a response before June 9 2008.

I was never notified of the May 23, 2008 case management conference.

Please grant me a new conference date.

My phone # is 925 726-6077

And my address is unchanged.

Thank you for your consideration.

Respectfully,

Robert Jones

*[signature]*

RECEIVED
JUN 2 6 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA