IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROBERT J. JONES,

    Plaintiff,                                No. C 07-03054 JSW

  v.

NAPA POLICE DEPARTMENT, et al.,          **ORDER TO SHOW CAUSE**

    Defendants.
                                            /

On May 27, 2008, this Court issued an Order to Show Cause to the Plaintiff directing him to show cause why the case should not be dismissed. Having received Plaintiff's response, the Order to Show Cause is HEREBY DISCHARGED.

The Court HEREBY RESETS the case management conference for **August 29, 2008 at 1:30 p.m.** Plaintiff's case management statement is due by **August 22, 2008.**

**IT IS SO ORDERED.**

Dated: July 1, 2008

                                                        JEFFREY S. WHITE
                                                        UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

ROBERT J. JONES,

        Plaintiff,

  v.

NAPA POLICE DEPT. et al,

        Defendant.

Case Number: CV07-03054 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 1, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Robert J. Jones
2063 Main St.
Suite 222
Oakley, CA 94561-3302

Dated: July 1, 2008

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk