**JONES & DYER**
**A Professional Corporation**
**1800 J Street**
**Sacramento, California 95811**
**Telephone: (916) 552-5959**
**Fax: (916) 442-5959**

**MARK A. JONES, State Bar #96494**
**KRISTEN K. PRESTON, State Bar #125455**

Attorneys for Defendants Jose Rossi and County of Napa

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT JONES,<br><br>         Plaintiff,<br><br>vs.<br><br>NAPA POLICE DEPARTMENT, COUNTY OF NAPA, CITY OF NAPA; MICHELLE JONES; THOMAS TOLER, dba Toler Bail Bonds; JOSE ROSSI; and DOES 1-100, individually and as employees or agents of the City or County of Napa,<br><br>         Defendants. | NO.  C 07 3054 JCS<br><br>**AMENDED NOTICE OF MOTION AND MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED OR, ALTERNATIVELY, FOR MORE DEFINITE STATEMENT**<br><br>**(F.R.C.P. 12(b)(6) and 12(e).)**<br><br>Date:   September 5, 2008<br>Time:   9:00 a.m.<br>Courtroom 2, 17th Floor<br>Hon. Judge Jeffrey S. White |

TO PLAINTIFF, IN PRO PER:

PLEASE TAKE NOTICE that on September 5, 2008, at the hour of 9:00 a.m. in Courtroom 2, 17th Floor, of the above-entitled court, located at 450 Golden Gate Avenue, San Francisco, California 94102, defendants will move the court for an order dismissing the action pursuant to Federal Rule of Civil Procedure 12(b)(6) on the basis that plaintiff's complaint fails to state a claim upon which relief can be granted. . Alternatively, defendant moves this court for a more definite statement pursuant to Rule 12(e).

The motion will be based on this notice of motion and motion, the memorandum of points

1 and authorities in support of the motion filed herewith and the pleadings and papers on file herein.

2 Dated: July 17, 2008

3                                            JONES & DYER

By: /s/ Mark A. Jones
     MARK A. JONES
     Attorneys for Defendants

**NOTICE OF MOTION AND MOTION TO DISMISS AND FOR MORE DEFINITE STATEMENT**

H:\MAJ.cases\Jones v. County of Napa\Pleadings\MOT Dismiss - Amended NTO.wpd

-2-

PROOF OF SERVICE BY MAIL

CCP Sections 1013a, 2015.5 and Rules of Court, Rule 2008

I am a citizen of the United States and a resident of the County of Sacramento. I am over the age of eighteen years and not a party to the within entitled action; my business address is 1800 J Street, Sacramento, California, 95814.

On this date, I served the foregoing documents described as follows: **NOTICE OF MOTION AND MOTION TO DISMISS** on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

**COUNSEL FOR PLAINTIFF:**
Robert J. Jones, In Pro Per
2063 Main Street, Suite 222
Oakley, CA 94516-3302
(209) 204-5520

_____ (BY FEDERAL EXPRESS) I caused such envelope to be delivered by hand to the offices of the addressee(s) via Federal Express.

__x__ (BY MAIL) I caused such envelope with postage thereon fully prepaid to be placed in the U.S. Mail at Sacramento, CA.

_____ (BY PERSONAL SERVICE) I caused such envelope to be hand delivered to the above address.

_____ (BY FAX) by transmitting by facsimile copying machine a true copy thereof to telephone number _____ known or represented to me to be the receiving telephone number for facsimile copy transmission of the parties/person/firms listed above.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on July 17, 2008, at Sacramento, California.

                                                          /s/ Mary Alice Myers
                                                        MARY ALICE MYERS