IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT J. JONES, | |
| Plaintiff, | No. C 07-03054 JSW |
| v. | |
| NAPA POLICE DEPARTMENT, et al., | **ORDER SETTING BRIEFING SCHEDULE ON MOTION TO DISMISS** |
| Defendants. | |

This matter is set for a hearing on September 12, 2008 on Defendants' motion to dismiss. The Court HEREBY ORDERS that Plaintiff's opposition to the motion shall be filed and served by no later than **August 4, 2008** and that Defendants' reply, if any, shall be filed and served by no later than **August 11, 2008**.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: July 18, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

ROBERT J. JONES,

    Plaintiff,

v.

NAPA POLICE DEPT. et al,

    Defendant.
                                            /

Case Number: CV07-03054 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 18, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Robert J. Jones
2063 Main St.
Suite 222
Oakley, CA 94561-3302

Dated: July 18, 2008

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk