MICHAEL W. BARRETT, CITY ATTORNEY (SBN 155968)
DAVID C. JONES, DEPUTY CITY ATTORNEY (SBN 129881)
NAPA CITY ATTORNEY'S OFFICE (dcjones@cityofnapa.org)
CITY OF NAPA
P.O. BOX 660
NAPA, CA 94559
Telephone:  (707) 257-9516
Facsimile:   (707) 257-9274

Attorneys for Defendant CITY OF NAPA and
NAPA POLICE DEPARTMENT

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT JONES,<br><br>    Plaintiff,<br><br>vs.<br><br>NAPA POLICE DEPARTMENT; COUNTY OF NAPA; CITY OF NAPA; MICHELLE JONES; THOMAS TOLER, dba Toler Bail Bonds; JOSE ROSSI; and DOES 1-100, Individually and as employees or Agents of THE CITY or County OF NAPA,<br><br>    Defendants. | Case No. C07-3054 JCS<br><br>DEFENDANT CITY OF NAPA'S REQUEST FOR JUDICIAL NOTICE<br><br>**DATE:** September 12, 2008<br>**TIME:** 9:00 a.m.<br>**CRTRM:** 2, 17th Floor<br><br>**The Honorable Jeffrey S. White** |

Defendants City of Napa and its wrongly named department the Napa Police Department hereby request that this Court take judicial notice of the attached official documents which are contained within City of Napa files and Napa Superior Court files, pursuant to Rule 201(b) of the Federal Rules of Evidence:

    1.    Government Claim of Robert Jones filed against the City of Napa dated September 23, 2005.

    2.    City of Napa's Notice of Rejected Claim for Damages dated October 21, 2005.

    3.    The Napa Superior Court's December 15, 2005 Minute Order reflecting Plaintiff's conviction and sentencing for criminal vandalism.

---

Defendant City of Napa's Request for Judicial Notice

True, correct, certified copies of the documents are attached hereto as Exhibits "A," "B" and "C," respectively. The documents listed above are official records of the City of Napa and of the Napa Superior Court, as are "matters of public record" and are not "subject to reasonable dispute." *Alliance Network v. Visalia Unified School Dist.*, 262 F.Supp.2d 1088, 1100 (E.D. Cal. 2001);*Western Federal Savings & Loan Assn. v. Heflin Corp.*, 797 F.Supp. 790, 792 (N.D. Cal. 1992).

CITY OF NAPA

July 21, 2008    By:    /s/
DAVID C. JONES, Deputy City Attorney
Attorney for Defendant CITY OF NAPA

Defendant City of Napa's Request for Judicial Notice