1  MICHAEL W. BARRETT, CITY ATTORNEY (SBN 155968)
   DAVID C. JONES, DEPUTY CITY ATTORNEY (SBN 129881)
2  NAPA CITY ATTORNEY'S OFFICE (dcjones@cityofnapa.org)
   CITY OF NAPA
3  P.O. BOX 660
   NAPA, CA 94559
4  Telephone: (707) 257-9516
   Facsimile: (707) 257-9274
5
   Attorneys for Defendants CITY OF NAPA and
6  NAPA POLICE DEPARTMENT

7  MARK A. JONES (SBN 96494)
   KRISTEN K. PRESTON (SBN 125455)
8  JONES & DYER
   1800 J Street
9  Sacramento, CA 95811
   Telephone: (916) 552-5959
10 Facsimile: (916) 442-5959

11 Attorneys for Defendants JOSE ROSSI and
   COUNTY OF NAPA

13                IN THE UNITED STATES DISTRICT COURT

14                   NORTHERN DISTRICT OF CALIFORNIA

16 | ROBERT JONES,                                    ) Case No. C07-3054 JCS
   |                                                  )
17 |         Plaintiff,                               ) STIPULATED ORDER ADJUSTING
   |                                                  ) BRIEFING SCHEDULE
18 |    vs.                                           )
   |                                                  )
19 | NAPA POLICE DEPARTMENT; COUNTY OF                )
   | NAPA; CITY OF NAPA; MICHELLE JONES;              )
20 | THOMAS TOLER, dba Toler Bail Bonds; JOSE         )
   | ROSSI; and DOES 1-100, Individually and as       )
21 | employees or Agents of THE CITY or County OF     )
   | NAPA,                                            )
22 |                                                  )
   |         Defendants.                              )

Defendants City of Napa and its improperly named department, the Napa Police Department ("City Defendants"), and Defendants the County of Napa and Jose Rossi ("County Defendants"), through counsel, hereby stipulate and request that the Court order a modification of the briefing schedule on the pending City and County motions to dismiss. This Order is sought because the Court's identified briefing schedule conflicts with a pre-planned out-of-state vacation by counsel for City Defendants.

Stipulated Order Adjusting Briefing Schedule                                              1

**RECITALS**

1.  City Defendants and County Defendants filed motions to dismiss this action, with hearings set on September 12, 2008. The September 12, 2008 hearing date would, under the rules of this Court, require any opposition to be filed on August 22, 2008 and any reply to be filed on August 29, 2008.

2.  On July 22, 2008 the Court served an order modifying the standard briefing schedule such that Plaintiff's opposition was ordered to be filed no later than August 6, 2008, and Defendants' reply no later than August 13, 2008.

3.  David C. Jones is counsel of record for City Defendants, is the attorney who prepared the motion to dismiss, and is the only counsel with adequate knowledge of the matter to reply to any opposition filed Plaintiff. Mr. Jones has a pre-scheduled out-of-state vacation from August 6, 2008 through August 13, 2008.

4.  Immediately after receiving the Court's July 22, 2008 scheduling order City Defendants counsel sent a letter to Plaintiff and to counsel for County Defendants asking that they stipulate to an adjustment to the briefing schedule – as the Court's Order invites the parties to do so. A true and correct copy of Mr. Jones' July 23, 2008 letter is attached hereto.

5.  Counsel for County Defendants immediately communicated that an adjustment of the briefing schedule was acceptable. Plaintiff did not respond to the July 22,2 008 letter in any fashion. On July 29 and again on July 30, 2008, counsel for City Defendants called the telephone number listed on Plaintiff's complaint, identified himself as David Jones with the City of Napa, and asked for Robert Jones. On both occasions the man who answered the telephone denied he was Robert Jones, and said it was a "wrong number."

6.  City Defendants and County Defendants assert that, under the facts set forth above, good cause exists for an adjustment of the briefing schedule on the pending motions to dismiss, such that Plaintiff's opposition be due at the Court's convenience after August 13, 2008 and that Defendants' reply be due seven calendar days thereafter. They request that the Court enter such an order.

///

///

|||||
|---|---|---|---|
|||CITY OF NAPA||
|July __, 2008||By:|____/s/____<br>DAVID C. JONES, Deputy City Attorney<br>Attorney for Defendants CITY OF NAPA<br>NAPA POLICE DEPARTMENT|
|||JONES & DYER||
|July __, 2008||By:|____/s/____<br>KRISTEN K. PRESTON<br>Attorney for Defendants COUNTY OF NAPA<br>JOSE ROSSI|

**ORDER**

GOOD CAUSE APPEARING, it is hereby ORDERED that Plaintiff's opposition to Defendants- outstanding motions to dismiss shall be filed and served by no later than August 13, 2008, and that Defendants' reply, if any, shall be filed and served by no later than August 20, 2008.

PURSUANT TO STIPULATION, it is so ORDERED.

Dated: _____, 2008

_____
JEFFREY S. WHITE
United States District Judge

Stipulated Order Adjusting Briefing Schedule

3