1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROBERT J. JONES

       Plaintiff(s),                     No. C 07-03054 JSW

    v.                               **CLERK'S NOTICE**

NAPA POLICE DEPT.

       Defendant(s).
_____/

      (Plaintiff is required to serve, and file proof of service with the Court, any party involved not listed on the attached proof of service.)

      YOU ARE HEREBY NOTIFIED that on September 12, 2008,  at 9:00 a.m., immediately following the hearing on the Motions to Dismiss, in Courtroom 2 on the 17th floor of the Federal Building, 450 Golden Gate Avenue, San Francisco, California, the HONORABLE JEFFREY S. WHITE will conduct the Initial Case Management Conference **previously noticed for** August 29, 2008 , in this matter.    The joint case management statement shall be due on or before September 5, 2008.

Please report to courtroom 2, on the 17th floor, U. S. Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

                               Richard W. Wieking
                               Clerk, United States District Court

                             *Jennifer Ottolini*
                By:_____
                               Jennifer Ottolini, Deputy Clerk
                               Honorable Jeffrey S. White
                               (415) 522-4173

Dated:  August 19, 2008

NOTE:  Please refer to Judge White's Standing Order located at www.cand.uscourts.gov for additional information