IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROBERT J. JONES,

    Plaintiff,

v.

NAPA POLICE DEPARTMENT, et al.,

    Defendants.

No. C 07-03054 JSW

**ORDER DIRECTING PLAINTIFF TO FILE HIS OPPOSITION BRIEFS**

On August 4, 2008, the Court issued an order setting the deadline for Plaintiff to file and serve opposition briefs to the motions to dismiss filed by defendants City of Napa and the Napa Police Department ("City Defendants") and by defendants the County of Napa and Jose Rossi ("County Defendants"). Plaintiff was ordered to file and serve his opposition briefs by no later than August 13, 2008. To date, Plaintiff has not filed his opposition briefs with the Court. On August 20, 2008, the County Defendants filed a reply brief which references Plaintiff's opposition. It appears as though Plaintiff may have served the County Defendants, and perhaps the City Defendants, but failed to file such opposition briefs with the Court. The Court HEREBY ORDERS Plaintiff to file the opposition briefs he served on the County Defendants and the City Defendants by no later than **Monday, August 25, 2008.**

    **IT IS SO ORDERED.**

Dated: August 19, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

ROBERT J. JONES,

        Plaintiff,

  v.

NAPA POLICE DEPT. et al,

        Defendant.

Case Number: CV07-03054 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 19, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Robert J. Jones
2063 Main St.
Suite 222
Oakley, CA 94561-3302

Dated: August 19, 2008

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk