```
 1  ROBERT J. JONES, in Pro Per                    FILED
    2063 Main Street  Suite #222
 2  Oakley, CA 94561-3302                     08 AUG 19 PM 12:20
    Telephone: (209) 204-5520
 3  Fax:                                      CLERK, U.S. DISTRICT COURT
                                              NORTHERN DISTRICT OF CALIFORNIA
 4
    Plaintiff
 5

 6

 7
                  IN THE UNITED STATES DISTRICT COURT
 8              FOR THE NORTHERN DISTRICT OF CALIFORNIA
 9

10  ROBERT J. JONES,                 Case No. C 073054 JSW
11           Plaintiff,
                                     PROOF OF SERVICE OF
12  vs.                              PLAINTIFF'S
                                     RESPONSIVE BRIEF TO MOTION
13  NAPA POLICE DEPARTMENT,          TO DISMISS COMPLAINT,
    COUNTY OF NAPA, MICHELLE         SUPPORTING DECLARATION,
14  JONES, THOMAS TOLER, dba         POINTS AND AUTHORITIES.
    TOLER BAIL BONDS, JOSE ROSSI
15  , DOES 1-100 INDIVIDUALLY and
    as , and EMPLOYEES OR AGENTS
16  OF THE CITY AND COUNTY OF
    NAPA,
17
              Defendants.
18
```

### PROOF OF SERVICE BY MAIL

I _Herb Ouvq_ Served a copy of **PROOF OF SERVICE OF PLAINTIFF'S RESPONSIVE BRIEF TO MOTION TO DISMISS COMPLAINT, SUPPORTING DECLARATION, POINTS AND AUTHORITIES ON MARK A. JONES, ATTORNEY FOR PLAINTIFF BY MAILING A COPY OF SAID DOCUMENT BY FIRST CLASS MAIL, ALL POSTAGE PRE-PAID ADDRESSED AS FOLLOWS:**

---

RESPONSE TO MOTION TO DISMISS COMPLAINT AND SUPPORTING DECLARATION

```
1  MARK A. JONES
   JONES & DYER
2  1800 J. Street
   Sacramento, California 95811
3
```

City Attorney, Napa CA
Box 660
Napa, CA 94559

Said documents were mailed on 8/14/08 at 4:00 PM from Clearlake, California.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 8/14/08

*[signature]*

Box 445
Clearlake, CA 95422

RESPONSE TO MOTION TO DISMISS COMPLAINT AND SUPPORTING DECLARATION