|   |   |   |
|---|---|---|
| 1 | ROBERT J. JONES, in Pro Per |  |
| 2 | 2063 Main Street  Suite #222 | FILED |
|   | Oakley, CA 94561-3302 | 08 AUG 27 PM 12: 31 |
| 3 | Telephone: (209) 204-5520 |   |
|   | Fax: |   |
| 4 |   |   |
|   | Plaintiff |   |
| 5 |   |   |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROBERT J. JONES,                    Case No. C 073054 JSW
          Plaintiff,

vs.                                 CASE MANAGEMENT STATEMENT.

NAPA POLICE DEPARTMENT,
COUNTY OF NAPA, MICHELLE
JONES, THOMAS TOLER, dba
TOLER BAIL BONDS, JOSE ROSSI
, DOES 1-100 INDIVIDUALLY and
as , and EMPLOYEES OR AGENTS
OF THE CITY AND COUNTY OF
NAPA,
          Defendants.

1. Plaintiff, ROBERT J. JONES, hereby submits the following case management statement.
2. Complaint was filed on June 12, 2007.
3. All parties named were served or have appeared or have been dismissed.
4. The Defendants: City of Napa and County of Napa filed motions to dismiss and served the Plaintiff with same on July 16, 2008.
5. Plaintiff filed a response to Defendants motion to dismiss on or about August 14, 2008 and served the Defendants with same on or about August 14, 2008.

CASE MANAGEMENT STATEMENT

6. The identities of Does 1-100 have still not been ascertained.

7. The complaint was for violation of civil rights, false arrest, assault, battery, intentional infliction of emotional distress, interference with prospective economic advantage, slander, terrorist threats, libel and conversion.

8. Plaintiff seeks damages according to proof, statutory damages, and punitive and exemplary damges.

9. Plaintiff requests a jury trial.

10. No trial date has yet been set.

11. Hearings on the motions of the defendants were for August 22nd 2008 but were taken off calendar at the defendant's request. A new date has not been set.

12. Plaintiff estimates that trial will take 3 days.

13. The Plaintiff is not represented by counsel. The defendants are represented by Attorneys Mark Jones and Kristen K. Preston, of the firm of JONES & DYER FOMR Sacramento, California.

14. The case is not entitled to special preference.

15. The case has not gone to mediation or arbitration or other ADR process. Plaintiff is willing to submit the case to a mediator or arbitrator.

16. Plaintiff is willing to participate in a settlement conference.

17. Plaintiff assumes that the defendants carry insurance but has no specific knowledge thereof.

18. Plaintiff knows of no related cases.

19. Plaintiff does not intend to file a motion bifurcating any part of this case.

20. Plaintiff does not intend to file additional motions at this time.

**CASE MANAGEMENT STATEMENT**

1  21. Plaintiff have not completed any discovery nor made any
2     requests for discovery from defendants. Defendants have
3     not made any requests for discovery from Plaintiff.
   22. There have been no previous case management orders and a
4     case management conference is set for August 29th, 2008.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 8-26-2008

By _____
ROBERT J. JONES

**CASE MANAGEMENT STATEMENT**