UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA

## *CIVIL MINUTES*

**Judge:  JEFFREY S. WHITE**

**Date**: September 12, 2008

**Case No:** C 07-03054 JSW

**Case Title**: ROBERT JONES v. NAPA POLICE DEPT., et al.

**Appearances:**

    For Plaintiff(s): Robert Jones (pro per)

    For Defendant(s): Kristen Preston, David Jones

**Deputy Clerk**:  Rowena B. Espinosa        **Court Reporter**: Sahar McVickar

## *PROCEEDINGS*

1. Hearing on Motion to Dismiss by Napa County - held
2. Hearing on Motion to Dismiss by City of Napa and Napa Police Dept. - held

MOTION/MATTER: ( ) Granted
                      ( ) Denied
                      ( ) Granted in part/Denied in part
                      (X) Taken under submission
                      ( ) Withdrawn/Off Calendar
                      ( ) Continued to:

Order to be prepared by:     ( ) Plaintiff   ( ) Defendant   (X) Court